IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN ST. LOUIS EQUAL HOUSING & OPPORTUNITY COUNCIL,<br><br>　　Plaintiff,<br><br>v.<br><br>NORMAN L. JEZEWAK,<br><br>SIGNATURE PROPERTY, LLC,<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>INSURANCE PLACEMENT SERVICES, INC.<br><br>and<br><br>JOSEPH FREUND,<br><br>　　Defendants. | Case No.:  4:13-CV-00481<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO REMOVE COUNSEL FROM NOTICE OF ELECTRONIC FILING

COMES NOW Scott C. Harper and the law firm of Brinker & Doyen, LLP, and state the following as their Motion to Remove Counsel from Notice of Electronic Filing:

1. Scott C. Harper and the law firm of Brinker & Doyen, LLP, previously represented Signature Property, LLC, in this cause.

2. Counsel filed a Motion to Withdraw and this Motion was granted by the Court on June 7, 2013.

3. Scott C. Harper and the law firm of Brinker & Doyen, LLP, remain on the list of attorneys receiving electronic notices from the Court. Counsel requests that Scott C. Harper and the law firm of Brinker & Doyen, LLP, be deleted from the list of attorneys receiving electronic notices in this cause.

WHEREFORE, Scott C. Harper and the law firm of Brinker & Doyen, LLP, request that the Court remove Scott C. Harper and the law firm of Brinker & Doyen, LLP from the list of attorneys receiving electronic notices in this cause.

/s/ Scott C. Harper
Scott C. Harper, #31378
Brinker & Doyen, LLP
34 North Meramec – 5th Floor
St. Louis, MO  63105
314.863.6311 – Phone
314.863.8197 – Fax
harper@brinkerdoyen.com
*Attorneys for Defendant*
*Signature Property, LLC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic notification system and via email this 7th day of October 2013, to the following counsel of record:

Zachary M. Schmook
Equal Housing Opportunity Council
1027 S. Vandeventer Avenue – Sixth Floor
314.249.9381 – Phone
888.636.4412 – Fax
zschmook@ehoc-stl.org
*Attorney for Plaintiff*
*Metropolitan St. Louis Equal Housing & Opportunity Council*

Steven N. Cousins
Sheena R. Hamilton
Armstrong Teasdale, LLP
7700 Forsyth Boulevard – Suite 1800
St. Louis, MO  63105
314.342.8033 – Phone
314.621.2239 – Fax
scousins@armstrongteasdale.com
shamiltonarmstrongteasdale.com
*Attorneys for Defendant*
*Insurance Placement Services, Inc.*

Daniel E. Wilke
Wilke & Wilke, PC
2708 Olive Street
St. Louis, MO  63103-1426
314.371.0800 – Phone
314.371.0900 – Fax
dwilke@wilkewilke.net
*Attorney for Defendant*
*Joseph Freund*

Jeremy A. Gogel, #61866MO
4542 West Pine Boulevard
Saint Louis, MO 63108
314.775.3864  - Phone
314.531.1069  - Fax
jeremy@gogellawfirm.com
*Counsel for Defendants*
*Norman L. Jezewak and Signature Property, LLC*

/s/ Scott C. Harper