IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN ST. LOUIS EQUAL HOUSING & OPPORTUNITY COUNCIL, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 4:13-cv-00481<br>) |
| vs. | )<br>) |
| NORMAN JEZEWAK, *et al*., | )<br>) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR MORE <u>DEFINITE STATEMENT</u>**

COME NOW, Defendant Metropolitan St. Louis Equal Housing & Opportunity Council (referred to hereinafter as "Plaintiff"), by through their undersigned counsel, and for their Consent Motion for Extension of Time to Respond, state as follows:

1. On August 15, 2014, Defendants Norman Jezewak and Signature Property, LLC (collectively referred to hereinafter as "Defendants") filed a Motion to Dismiss or Alternatively Motion for More Definite Statement to dismiss Plaintiff's Amended Complaint ("Motion") [ECF-33].

2. Under the Local Rules of this Court, Plaintiff's Reply in Opposition to Defendants' Motion is due on August 22, 2014.

3. The undersigned attorney for the Plaintiff is on orders with the United States Army from August 1, 2014 through August 22, 2014. As such, counsel for Plaintiff requires additional time to adequately prepare a response to the Motion.

4. Counsel for Plaintiff has spoken with counsel for Defendants regarding the relief requested in this motion, and counsel for Defendants does not object or oppose said relief.

5. This motion is not brought to hinder or delay these proceedings, or for any other improper purpose, and will not prejudice any party.

WHEREFORE, Plaintiff the Metropolitan St. Louis Equal Housing & Opportunity Council respectfully requests the Court grant its motion, and grant Plaintiff an additional (14) days, up to and including September 5, 2014, to file its Reply in Opposition to Defendants' Motion to Dismiss or Alternatively Motion for a More Definite Statement.

Respectfully submitted,

METROPOLITAN ST. LOUIS EQUAL
HOUSING & OPPORTUNITY
COUNCIL,

/s/ Zachary M. Schmook
Zachary M. Schmook, #5198318
1027 S. Vandeventer Avenue, Sixth Floor.
St. Louis, MO 63110
Telephone: (314) 246-9381
Fax: (888) 636-4412
E-mail: zschmook@ehoc-stl.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2014, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Counsel of record for Defendants.

/s/ Zachary M. Schmook