IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN ST. LOUIS EQUAL HOUSING & OPPORTUNITY COUNCIL,<br><br>    Plaintiff,<br><br>vs.<br><br>NORMAN L. JEZEWAK and SIGNATURE PROPERTY, LLC,<br><br>    Defendants. | Case No.:   4:13-CV-00481-HEA |

## DEFENDANTS' MOTION TO BIFURCATE TRIAL

COME NOW Defendants, Norman L. Jezewak ("Jezewak") and Signature Property, LLC, ("Signature") (collectively, "Defendants") by and through their undersigned counsel, and for their Motion to Bifurcate pursuant to Fed. R. Civ. P. 42(b), states as follows:

Under Fed. R. Civ. P. 42(b), '[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims."  In the Eight Circuit, "[t]he decision of whether to isolate the punitive damages phase of the trial is within the sound discretion of the trial court."  *Thorne v. Welk Inv., Inc.,* 197 F.3d 1205, 1213-14 (8th Cir. 1999).

WHEREFORE, Defendants respectfully request that the Court bifurcate Plaintiff's punitive damages claim from the rest of the trial.

Respectfully submitted,

THE GOGEL LAW FIRM

*/s/ Jeremy A. Gogel*

Jeremy A. Gogel, #61866MO
4542 West Pine Boulevard
Saint Louis, MO 63108
Phone: (314) 775-3864
Fax: (314) 531-1069
E-mail: jeremy@gogellawfirm.com

**Counsel for Defendants Norman L. Jezewak and Signature Property, LLC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via e-mail on May 9, 2016, to the following counsel of record:

Zachary M. Schmook
1027 S. Vandeventer Avenue
Sixth Floor
St. Louis, MO 63110
Phone: (314) 246-9381
Fax: (888) 636-4412
Email: zschmook@ehoc-stl.org

**Attorney for Metropolitan St. Louis Equal Housing & Opportunity Council**

*/s/ Jeremy A. Gogel*