IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **METROPOLITAN ST. LOUIS EQUAL HOUSING & OPPORTUNITY COUNCIL,** | )<br>)<br>) |
| Plaintiff, | ) Case No.:  4:13-CV-00481-HEA<br>) |
| vs. | )<br>) |
| **NORMAN L. JEZEWAK and SIGNATURE PROPERTY, LLC,** | )<br>)<br>) |
| Defendants. | ) |

## RULE 68 OFFER OF JUDGMENT

COME NOW Defendants, Norman L. Jezewak ("Jezewak") and Signature Property, LLC, ("Signature") (collectively, "Defendants"), and pursuant to Fed. R. Civ. P. 68, hereby offer $2,500, inclusive of all costs and attorneys' fees incurred by Plaintiff, to date, in full settlement of any and all remaining claims in this matter.

Respectfully submitted,

THE GOGEL LAW FIRM

 */s/ Jeremy A. Gogel*

Jeremy A. Gogel, #61866MO
4542 West Pine Boulevard
Saint Louis, MO 63108
Phone: (314) 775-3864
Fax: (314) 531-1069
E-mail: jeremy@gogellawfirm.com

**Counsel for Defendants Norman L. Jezewak and Signature Property, LLC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via e-mail on May 9, 2016, to the following counsel of record:

Zachary M. Schmook
1027 S. Vandeventer Avenue
Sixth Floor
St. Louis, MO 63110
Phone: (314) 246-9381
Fax: (888) 636-4412
Email: zschmook@ehoc-stl.org

**Attorney for Metropolitan St. Louis Equal Housing & Opportunity Council**

                                                                 */s/ Jeremy A. Gogel*